Matthew S. Angell, Esq.  (SBN 212826)
Ryan V. McHugh, Esq. (SBN 250898)
Andrew Schick, Esq. (SBN 335514)
THE ANGELL LAW FIRM, P.C.
3186 Old Tunnel Road
Lafayette, California 94549
Telephone:   (925) 947-2525
Facsimile:    (925) 947-2522

Attorneys for Plaintiff
WORLDWIDE GREEN RESOURCE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWIDE GREEN RESOURCE, INC., a California corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No.: 3:22-cv-5292-TSH<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND [PROPOSED] ORDER OF DISMISSAL** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Worldwide Green Resource, Inc. and Defendant Union Pacific Railroad Company hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

Dated:  September 7, 2023          THE ANGELL LAW FIRM P.C.

By:   */s/ Andrew Schick*
   Matthew S. Angell
   Ryan V. McHugh
   Andrew Schick
   Attorneys for Plaintiff Worldwide
   Green Resource, Inc.

Dated:  September 7, 2023          SHOOK, HARDY & BACON L.L.P.

By:   */s/ Ryan J. Williams*
   Eva M. Weiler
   Ryan J. Williams
   Attorneys for Defendant Union
   Pacific Railroad Company

**Order of Dismissal**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 11, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge